**Order entered April 14, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00714-CR

**LONNIE JACK LEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80965-2012**

## ORDER

On March 6, 2014, this Court ordered appellant to file his brief by March 31, 2014. To date, we have not received appellant's brief.

Accordingly, we **ORDER** appellant to file his brief by **APRIL 24, 2014**. If the brief is not filed by that date, the Court will order William Schultz removed as appellant's attorney of record and will order the trial court to appoint new counsel to represent appellant in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Chris Oldner, Presiding Judge, 416th Judicial District Court, and to counsel for all parties.

/s/     DAVID EVANS
         JUSTICE